Argued May 23, affirmed June 20, 1978

PULS, *Petitioner,*

*v.*

CHRISTIAN LOGGING, INC., *Respondent.*

(WCB No. 77-2266, CA 9994)

579 P2d 903

Steven C. Yates, Eugene, argued the cause for petitioner. On the brief was Evohl F. Malagon, Eugene.

Daryll E. Klein, Portland, argued the cause for respondent. With him on the brief was Jones, Lang, Klein, Wolf & Smith, Portland.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).